

**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030**

<u>COURT REPORTING</u>
   <u>AND</u>
<u>VIDEO SERVICES</u>: Washington, D.C.
   Maryland
   Virginia
   ENTIRE U.S.A.
E-Mail us at carolthomasreporting@cox.net

<u>24-hour Message Centers</u>:

MARYLAND: 301-738-7189
VIRGINIA: 703-273-9221
WASHINGTON, D.C.: 202-338-9221
Toll Free: 1-800-322-9221
FAX: (703) 273-9217

(FED. I.D. NUMBER: 54-1219069)

---

<u>INVOICE NUMBER</u>: 49431

<u>DATED</u>: August 21, 2003

<u>TO</u>:  THEODORE ALLISON, ESQUIRE
    KARR & ALLISON, ESQUIRES
    1920 N STREET, N.W., SUITE 300
    WASHINGTON, D.C. 20036

<u>RE</u>:  MONICA M. PEYTON vs. BRUCE R. JAMES, et al.

---

Copy of the deposition transcript of MONICA M. PEYTON, taken on the date of    TUESDAY, JULY 29, 2003, in the above-captioned matter as follows:

    105 pages @ $3.00. . . . . . . . . . . . . . . . . .$315.00
    *shipping & handling of your copy . . . . . . . . .$ 15.00

                                TOTAL DUE . . . .$330.00

                                <u>WE ACCEPT VISA AND MASTERCARD</u>

*YOUR FREE REDUCED TRANSCRIPT
 AND WORD INDEX LISTING
 ARE ALSO ENCLOSED.

<u>THANK YOU FOR YOUR PATRONAGE</u>.

<u>PLEASE MAKE CHECK PAYABLE TO "CAROL J. THOMAS REPORTING" AND
INCLUDE INVOICE NUMBER ON YOUR CHECK</u>.

# MILLER REPORTING COMPANY, INC.
735 - 8th Street SE
Washington, D.C. 20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

Page 1

KARR
KARR & ALLISON, P.C.
SUITE 300
1920 N STREET, N.W.
WASHINGTON DC 20036
ATTN: THEODORE ALLISON, ESQ.

INVOICE NO. 13046
INVOICE DATE 08/31/03

**Payable Upon Receipt**

D-U-N-S 04-832-7464
Federal Id. #52-1195809

CA M. PEYTPN v. BRUCE R. JAMES.
98-00491
SITIONS:

WORKSHEET: 91683

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| /2003 | PAGES 1-7 WILLIAM F. BURGESS<br>PAGES 1-104 MICHAEL A. CONTE, Ph.D.<br>ORIGINAL AND ONE COPY OF EACH | 111.0 | 3.25 | 360.75 |
| | EXHIBITS - 177 PAGES | 177.0 | .35 | 61.95 |
| | MINUSCRIPTS AND ASCII DISK - NO CHARGE | | | |
| | WE APPRECIATE YOUR BUSINESS | | | |

| I-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 422.70 | .00 | .00 | 15.00 | .00 | 437.70 |

Member National Shorthand Reporters Assn.

FREE STATE REPORTING, INC.
1324 CAPE ST. CLAIRE RD
ANNAPOLIS, MD 21401
410-974-0947   301-261-1902

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/28/2003 | 2757 |

**BILL TO**

Theodore S. Allison, Esq.
Karr & Allison
1920 N Street, N. W.
Suite 300
Washington, D. C. 20036

| PO NO. | TERMS |
|---|---|
|  | COD |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 8/14/2003 | Peyton vs. James<br>C.A. No. 98-0491 (RMU)<br>Deposition of Dr. Francis A. Thomas | 108 | 1.95 | 210.60 |
|  | Exhibits | 111 | 0.50 | 55.50 |
|  | Condensed Transcript and Index | 108 | 0.50 | 54.00 |
|  | Disk | 1 | 5.00 | 5.00 |
| 8/15/2003 | Peyton vs. DiMario<br>C.A. No. 1:98CV00491 (RMU)<br>Deposition of Charles L. Betsey, Ph.D. | 59 | 1.95 | 115.05 |
|  | Exhibits | 91 | 0.50 | 45.50 |
|  | Condensed Transcript and Index | 59 | 0.50 | 29.50 |
|  | Disk | 1 | 5.00 | 5.00 |
|  | Regular Delivery |  | 15.00 | 15.00 |

Pd. 08/29/03
Ck #1670

**Total** $535.15