

# Sir Speedy

**PRINTING • COPYING • DIGITAL NETWORK**

*Fast, FREE Pick-Up & Delivery*

*Visit us at www.sirspeedy.com/solutions!*

Now With 4 Locations To Serve Your Printing and Copying Needs

1029 Vermont Ave, NW
Washington, DC 20005
(202) 393-8485
Fax (202) 393-3113

1429 H Street, NW
Washington, DC 20005
(202) 408-8485
Fax (202) 408-8487

1300 Connecticut Ave, NW
Washington, DC 20036
(202) 887-5100
Fax (202) 887-5531

1025 17th Street, NW
Washington, DC 20036
(202) 466-8485
Fax (202) 466-8486

SOLD TO:

*Connecticut*

**INVOICE**

No. 42476

Date 5/8/03

P.O.#

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
|  | c/o Karr & Allison PC<br>1920 N Street NW Ste 300<br>Washington DC 20036<br>Theodore Allison<br>Phone: 202 452 4872 |  |
| 1 | Lit Copoy, 8.5 x 11 20# Bond White, 175 originals, copied on 1 side | 21.88 |

Peyton
Billed 5/27/03

SUBTOTAL
TAX
SHIPPING
TOTAL
AMOUNT DUE

5494

PLEASE PAY FROM THIS INVOICE

SIGNATURE _____

PRINT NAME _____
Additional for New Plastic Coil Binding System

Deposit 1: 23.14
(cr card)

21.88
/ 1.26
DATE

23.14
Received $

☐ Pick-Up  ☐ Delivery  ☐ Cash  ☐ Charge  ☐ Check  ☐ Credit Card

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|
| colspan=7 | Disbursements By/For: 4846 Theodore S Allison |||||||

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|
| Apr. 01,02 | 11:27 AM | 8047*001 | CANON 6650 | ~~LEONARD~~ | 23 | $ 3.45 P |
| Apr. 02,02 | 8:42 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 02,02 | 2:05 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 02,02 | 3:59 PM | 8047*001 | CANON 6650 | | 9 | $ 1.35 P |
| Apr. 03,02 | 1:18 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 03,02 | 5:17 PM | 8047*001 | CANON 6650 | ~~RPT~~ | 2 | $ 0.30 P |
| Apr. 04,02 | 3:41 PM | 8047*001 | CANON 6650 | ~~SHELDON~~ | 12 | $ 1.80 P |
| Apr. 08,02 | 2:00 PM | 8047*001 | XEROX 1090 | ~~HOWARD~~ | 16 | $ 2.40 P |
| Apr. 08,02 | 4:23 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| Apr. 08,02 | 5:17 PM | 8047*001 | CANON 6650 | ~~HOWARD~~ | 212 | $ 31.80 P |
| Apr. 09,02 | 1:57 PM | 8047*001 | CANON 6650 | | 5 | $ 0.75 P |
| Apr. 09,02 | 2:03 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| Apr. 10,02 | 9:05 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 10,02 | 3:22 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 10,02 | 3:24 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 10,02 | 4:24 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| Apr. 11,02 | 10:38 AM | 8047*001 | CANON 6650 | ~~SMITH~~ | 10 | $ 1.50 P |
| Apr. 11,02 | 11:21 AM | 8047*001 | CANON 6650 | ~~SMITH~~ | 58 | $ 8.70 P |
| Apr. 11,02 | 11:30 AM | 8047*001 | CANON 6650 | | 13 | $ 1.95 P |
| Apr. 11,02 | 6:39 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 11 | $ 1.65 P |
| Apr. 11,02 | 6:54 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 36 | $ 5.40 P |
| Apr. 12,02 | 9:01 AM | 8047*001 | CANON 6650 | ~~SMITH~~ | 100 | $ 15.00 P |
| Apr. 12,02 | 9:10 AM | 8047*001 | CANON 6650 | ~~SMITH~~ | 26 | $ 3.90 P |
| Apr. 12,02 | 12:04 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 52 | $ 7.80 P |
| Apr. 15,02 | 10:37 AM | 8047*001 | CANON 6650 | ~~GILDON~~ | 15 | $ 2.25 P |
| Apr. 15,02 | 2:53 PM | 8047*001 | XEROX 1090 | | 1 | $ 0.15 P |
| Apr. 16,02 | 1:12 PM | 8047*001 | CANON 6650 | | 5 | $ 0.75 P |
| Apr. 18,02 | 2:57 PM | 8047*001 | CANON 6650 | ~~BONNE~~ | 6 | $ 0.90 P |
| Apr. 18,02 | 3:01 PM | 8047*001 | CANON 6650 | ~~BONNE~~ | 92 | $ 13.80 P |
| Apr. 18,02 | 11:19 PM | 8047*001 | CANON 6650 | ~~HOWARD~~ | 31 | $ 4.65 P |
| Apr. 18,02 | 11:54 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 19,02 | 12:12 AM | 8047*001 | CANON 6650 | | 9 | $ 1.35 P |
| Apr. 19,02 | 4:20 AM | 8047*001 | CANON 6650 | ~~FISHER~~ | 4 | $ 0.60 P |
| Apr. 23,02 | 12:25 AM | 8047*001 | CANON 6650 | ~~FISHER~~ | 3 | $ 0.45 P |
| Apr. 24,02 | 1:19 AM | 8047*001 | CANON 6650 | ~~CHANG~~ | 3 | $ 0.45 P |
| Apr. 25,02 | 8:30 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 25,02 | 6:27 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| Apr. 25,02 | 7:12 PM | 8047*001 | CANON 6650 | ~~INC~~ | 14 | $ 2.10 P |
| Apr. 26,02 | 9:49 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 26,02 | 10:45 AM | 8047*001 | CANON 6650 | ~~REM~~ | 5 | $ 0.75 P |
| Apr. 26,02 | 10:49 AM | 8047*001 | CANON 6650 | ~~REM~~ | 11 | $ 1.65 P |
| Apr. 29,02 | 8:55 AM | 8047*001 | CANON 6650 | ~~HARMON~~ | 12 | $ 1.80 P |
| Apr. 29,02 | 9:01 AM | 8047*001 | CANON 6650 | | 5 | $ 0.75 P |
| Apr. 29,02 | 9:32 AM | 8047*001 | CANON 6650 | PEYTON | 28 | $ 4.20 |
| Apr. 29,02 | 10:07 AM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| Apr. 30,02 | 12:18 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| Apr. 30,02 | 1:23 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| Apr. 30,02 | 2:16 PM | 8047*001 | CANON 6650 | ~~GROSSO~~ | 1 | $ 0.15 P |
| Apr. 30,02 | 2:56 PM | 8047*001 | CANON 6650 | ~~SELDON~~ | 18 | $ 2.70 P |
| Apr. 30,02 | 4:31 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 37 | $ 5.55 P |

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|
| \.Disbursements By/For: 4846 Theodore S Allison | | | | | | |
| June 03,02 | 12:37 PM | 8047*001 | XEROX 1090 | | 1 | $ 0.15 P |
| June 05,02 | 12:32 PM | 8047*001 | CANON 6650 | | 9 | $ 1.35 P |
| June 05,02 | 12:48 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 9 | $ 1.35 P |
| June 05,02 | 1:08 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 05,02 | 1:45 PM | 8047*001 | CANON 6650 | PEYTON | 24 | $ 3.60 |
| June 05,02 | 3:52 PM | 8046*001 | CANON 6650 | PEYTON | 61 | $ 15.25 |
| June 05,02 | 4:51 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 15 | $ 2.25 P |
| June 05,02 | 4:58 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 06,02 | 3:05 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 06,02 | 3:11 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 07,02 | 4:40 PM | 8047*001 | XEROX 1090 | PEYTON | 17 | $ 2.55 |
| June 07,02 | 5:03 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 20 | $ 3.00 P |
| June 07,02 | 5:13 PM | 8047*001 | CANON 6650 | | 19 | $ 2.85 P |
| June 10,02 | 3:04 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 11,02 | 3:02 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 12 | $ 1.80 P |
| June 11,02 | 6:36 PM | 8047*001 | XEROX 1090 | | 2 | $ 0.30 P |
| June 12,02 | 12:49 PM | 8047*001 | XEROX 1090 | | 22 | $ 3.30 P |
| June 12,02 | 1:39 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 12,02 | 2:03 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 12,02 | 2:07 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 3 | $ 0.45 P |
| June 13,02 | 10:26 AM | 8047*001 | CANON 6650 | ▪▪▪▪ | 4 | $ 0.60 P |
| June 13,02 | 5:59 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 5 | $ 0.75 P |
| June 14,02 | 2:55 PM | 8047*001 | CANON 6650 | | 14 | $ 2.10 P |
| June 14,02 | 2:59 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 16 | $ 2.40 P |
| June 18,02 | 5:53 PM | 8047*001 | CANON 6650 | | 108 | $ 16.20 P |
| June 19,02 | 10:40 AM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 19,02 | 10:45 AM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 19,02 | 3:31 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 20,02 | 5:20 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 20,02 | 5:24 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 21,02 | 11:49 AM | 8047*001 | XEROX 1090 | | 12 | $ 1.80 P |
| June 21,02 | 1:48 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 25 | $ 3.75 P |
| June 21,02 | 3:28 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 21,02 | 5:30 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 24,02 | 4:10 PM | 8047*001 | CANON 6650 | ▪▪▪▪ | 18 | $ 2.70 P |
| June 24,02 | 4:58 PM | 8047*001 | XEROX 1090 | | 3 | $ 0.45 P |
| June 26,02 | 5:17 PM | 8047*001 | CANON 6650 | | 8 | $ 1.20 P |
| June 27,02 | 2:54 PM | 8047*001 | CANON 6650 | | 14 | $ 2.10 P |
| June 27,02 | 3:05 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 28,02 | 4:10 PM | 8047*001 | CANON 6650 | | 8 | $ 1.20 P |
| | | | | User Totals : | 478 | $ 77.80 |



| Date | Time | Account Code | Device Name | Detail | Items | | Price | |
|---|---|---|---|---|---|---|---|---|
| .Disbursements By/For: 4846 Theodore S Allison | | | | | | | | |
| Mar. 04,03 | 11:31 AM | 8047*001 | CANON 6650 | | 12 | $ | 1.80 | P |
| Mar. 05,03 | 9:22 AM | 8047*001 | CANON 6650 | | 30 | $ | 4.50 | P |
| Mar. 05,03 | 1:16 PM | 8047*001 | CANON 6650 | ~~~~~~ | 33 | $ | 4.95 | P |
| Mar. 05,03 | 1:34 PM | 8047*001 | CANON 6650 | | 3 | $ | 0.45 | P |
| Mar. 06,03 | 8:45 AM | 8047*001 | CANON 6650 | | 1 | $ | 0.15 | P |
| Mar. 12,03 | 4:07 PM | 8047*001 | CANON 6650 | | 3 | $ | 0.45 | P |
| Mar. 12,03 | 5:37 PM | 8047*001 | CANON 6650 | | 2 | $ | 0.30 | P |
| Mar. 14,03 | 12:32 PM | 8047*001 | CANON 6650 | PEYTON | 31 | $ | 4.65 | P |
| Mar. 14,03 | 5:29 PM | 8047*001 | CANON 6650 | | 1 | $ | 0.15 | P |
| Mar. 14,03 | 6:00 PM | 8047*001 | CANON 6650 | ~~~~~~ | 24 | $ | 3.60 | P |
| Mar. 18,03 | 10:23 AM | 8047*001 | CANON 6650 | | 3 | $ | 0.45 | V |
| Mar. 21,03 | 1:15 PM | 8047*001 | CANON 6650 | | 36 | $ | 5.40 | V |
| Mar. 21,03 | 5:04 PM | 8047*001 | CANON 6650 | | 1 | $ | 0.15 | V |
| Mar. 21,03 | 5:42 PM | 8047*001 | CANON 6650 | ~~~~~~ | 5 | $ | 0.75 | V |
| Mar. 25,03 | 9:51 AM | 8047*001 | CANON 6650 | ~~~~~~ | 15 | $ | 2.25 | V |
| Mar. 26,03 | 4:31 PM | 8047*001 | CANON 6650 | | 2 | $ | 0.30 | V |
| Mar. 26,03 | 4:32 PM | 8047*001 | CANON 6650 | | 1 | $ | 0.15 | V |
| Mar. 27,03 | 5:15 PM | 8047*001 | CANON 6650 | ~~~~~~ | 28 | $ | 4.20 | V |
| Mar. 27,03 | 6:15 PM | 8047*001 | CANON 6650 | ~~~~~~ | 5 | $ | 0.75 | V |
| Mar. 27,03 | 8:07 PM | 8047*001 | CANON 6650 | | 4 | $ | 0.60 | V |
| | | | | User Totals : | 240 | $ | 36.00 | |

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|

Disbursements By/For: 4846 Theodore S Allison

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|
| Apr. 01,03 | 6:50 PM | 8047*001 | CANON 6650 | ~~DOWNE~~ | 6 | $ 0.90 P |
| Apr. 02,03 | 1:03 PM | 8047*001 | CANON 6650 |  | 2 | $ 0.30 P |
| Apr. 02,03 | 1:15 PM | 8047*001 | CANON 6650 |  | 15 | $ 2.25 P |
| Apr. 02,03 | 3:30 PM | 8047*001 | CANON 6650 | ~~HASH~~ | 2 | $ 0.30 P |
| Apr. 04,03 | 12:57 PM | 8047*001 | CANON 6650 | ~~THAIP~~ | 7 | $ 1.05 P |
| Apr. 07,03 | 4:05 PM | 8047*001 | CANON 6650 |  | 4 | $ 0.60 P |
| Apr. 08,03 | 10:37 AM | 8047*001 | CANON 6650 | ~~AVERY~~ | 6 | $ 0.90 P |
| Apr. 10,03 | 1:56 PM | 8047*001 | CANON 6650 |  | 11 | $ 1.65 P |
| Apr. 11,03 | 3:35 PM | 8047*001 | CANON 6650 |  | 45 | $ 6.75 P |
| Apr. 14,03 | 2:27 PM | 8047*001 | CANON 6650 |  | 3 | $ 0.45 P |
| Apr. 16,03 | 11:15 AM | 8047*001 | CANON 6650 |  | 3 | $ 0.45 P |
| Apr. 17,03 | 4:37 PM | 8047*001 | CANON 6650 | PEYTON | 18 | $ 2.70 P ✓ |
| Apr. 18,03 | 10:28 AM | 8047*001 | XEROX 1090 |  | 4 | $ 0.60 P |
| Apr. 21,03 | 9:49 AM | 8047*001 | CANON 6650 | ~~GIOVANNI~~ | 20 | $ 3.00 P |
| Apr. 21,03 | 5:15 PM | 8047*001 | CANON 6650 |  | 1 | $ 0.15 P |
| Apr. 24,03 | 12:05 PM | 8047*001 | CANON 6650 |  | 2 | $ 0.30 P |
| Apr. 24,03 | 2:43 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 27 | $ 4.05 P |
| Apr. 28,03 | 10:58 AM | 8047*001 | CANON 6650 |  | 12 | $ 1.80 P |
| Apr. 29,03 | 11:54 AM | 8047*001 | CANON 6650 |  | 3 | $ 0.45 P |
| Apr. 29,03 | 2:38 PM | 8047*001 | CANON 6650 | ~~SMITH~~ | 22 | $ 3.30 P |
| Apr. 30,03 | 10:21 AM | 8047*001 | CANON 6650 |  | 1 | $ 0.15 P |
| Apr. 30,03 | 4:24 PM | 8047*001 | CANON 6650 | ~~ROSMITH~~ | 64 | $ 9.60 P |
| Apr. 30,03 | 4:28 PM | 8047*001 | CANON 6650 | ~~MULDER~~ | 34 | $ 5.10 P |
| Apr. 30,03 | 5:06 PM | 8047*001 | CANON 6650 | ~~ABSMITH~~ | 85 | $ 12.75 P |
| Apr. 30,03 | 5:18 PM | 8047*001 | CANON 6650 |  | 33 | $ 4.95 P |

User Totals :   430   $  64.50

| Date | Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|---|
| Disbursements By/For: 4846 Theodore S Allison | | | | | | |
| June 03,03 | 2:57 PM | 8047*001 | CANON 6650 | PEYTON | 101 | $ 15.15 |
| June 03,03 | 4:33 PM | 8047*001 | CANON 6650 | | 4 | $ 0.60 P |
| June 03,03 | 4:46 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 03,03 | 6:32 PM | 8047*001 | CANON 6650 | | 4 | $ 0.60 P |
| June 04,03 | 5:23 PM | 8047*001 | CANON 6650 | | 16 | $ 2.40 P |
| June 04,03 | 5:48 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 05,03 | 4:28 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 06,03 | 2:19 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 07,03 | 12:19 PM | 8047*001 | CANON 6650 | ——— | 1 | $ 0.15 P |
| June 07,03 | 12:32 PM | 8047*001 | CANON 6650 | ——— | 61 | $ 9.15 P |
| June 07,03 | 1:30 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 09,03 | 10:32 AM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 09,03 | 10:37 AM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 09,03 | 6:30 PM | 8047*001 | CANON 6650 | | 8 | $ 1.20 P |
| June 11,03 | 5:08 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 11,03 | 5:09 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 12,03 | 6:20 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 13,03 | 12:01 PM | 8047*001 | CANON 6650 | | 4 | $ 0.60 P |
| June 13,03 | 12:11 PM | 8047*001 | CANON 6650 | | 4 | $ 0.60 P |
| June 13,03 | 2:34 PM | 8047*001 | CANON 6650 | ——— | 100 | $ 15.00 P |
| June 16,03 | 9:50 AM | 8047*001 | CANON 6650 | ——— | 17 | $ 2.55 P |
| June 18,03 | 3:27 PM | 8047*001 | CANON 6650 | ——— | 186 | $ 27.90 P |
| June 18,03 | 4:25 PM | 8047*002 | CANON 6650 | BARROW | 20 | $ 3.00 P |
| June 19,03 | 10:12 AM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| June 24,03 | 1:28 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| June 26,03 | 11:57 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| June 27,03 | 4:08 PM | 8047*001 | CANON 6650 | | 12 | $ 1.80 P |
| June 30,03 | 11:18 AM | 8047*001 | CANON 6650 | ——— | 30 | $ 4.50 P |
| June 30,03 | 5:17 PM | 8047*001 | CANON 6650 | GIOVANNI | 24 | $ 3.60 P |
| June 30,03 | 5:26 PM | 8047*001 | CANON 6650 | GIOVANNI | 40 | $ 6.00 P |
| | | | | User Totals : | 661 | $ 99.15 |

| Time | Account Code | Device Name | Detail | Items | Price |
|---|---|---|---|---|---|
| rsements By/For: 4846 Theodore S Allison | | | | | |
| July 01,03 2:42 PM | 8047*001 | CANON 6650 | | 22 | $ 3.30 P |
| July 02,03 12:50 PM | 8047*001 | CANON 6650 | | 29 | $ 4.35 P |
| July 02,03 2:09 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| July 02,03 2:42 PM | 8047*001 | CANON 6650 | ~~CARROLL~~ | 7 | $ 1.05 P |
| July 02,03 3:41 PM | 8047*001 | CANON 6650 | | 8 | $ 1.20 P |
| July 02,03 5:37 PM | 8047*001 | CANON 6650 | ~~ARNOLD~~ | 10 | $ 1.50 P |
| July 03,03 6:16 PM | 8047*001 | CANON 6650 | | 2 | $ 0.30 P |
| July 07,03 9:12 AM | 8047*001 | CANON 6650 | ~~GIOVANNI~~ | 12 | $ 1.80 P |
| July 07,03 10:01 AM | 8047*001 | CANON 6650 | ~~GIOVANNI~~ | 44 | $ 6.60 P |
| July 07,03 2:27 PM | 8047*001 | CANON 6650 | | 6 | $ 0.90 P |
| July 09,03 10:01 AM | 8047*001 | XEROX 1090 | ~~PARTCH~~ | 10 | $ 1.50 P |
| July 09,03 10:07 AM | 8047*001 | XEROX 1090 | | 25 | $ 3.75 P |
| July 09,03 10:13 AM | 8047*001 | XEROX 1090 | | 2 | $ 0.30 P |
| July 09,03 10:19 AM | 8047*001 | XEROX 1090 | | 5 | $ 0.75 P |
| July 09,03 10:27 AM | 8047*001 | XEROX 1090 | | 161 | $ 24.15 P |
| July 09,03 10:56 AM | 8047*001 | XEROX 1090 | | 73 | $ 10.95 P |
| July 10,03 12:38 PM | 8047*001 | CANON 6650 | ~~AMBIA~~ | 20 | $ 3.00 P ✓ |
| July 10,03 3:13 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| July 10,03 4:54 PM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| July 14,03 2:13 PM | 8047*001 | XEROX 1090 | ~~GIOVANNI~~ | 52 | $ 7.80 P |
| July 14,03 6:26 PM | 8047*001 | CANON 6650 | ~~MOSHER~~ | 19 | $ 2.85 P ✓ |
| July 17,03 11:23 AM | 8047*001 | CANON 6650 | PEYTON | 7 | $ 1.05 P |
| July 17,03 11:54 AM | 8047*001 | CANON 6650 | | 1 | $ 0.15 P |
| July 17,03 12:00 PM | 8047*001 | CANON 6650 | | 21 | $ 3.15 P |
| July 17,03 5:32 PM | 8047*001 | CANON 6650 | | 3 | $ 0.45 P |
| July 21,03 4:41 PM | 8047*001 | CANON 6650 | | 32 | $ 4.80 P |
| July 22,03 5:04 PM | 8047*001 | CANON 6650 | PEYTON | 6 | $ 0.90 |

User Totals :   584   $ 87.60



**EQUITRAC Partner** — Cost Recovery System

Cohn and Marks LLP
Transaction Report, Photocopy, By Date
By User (User Code=4846)

Page 1 of 1

From Aug. 01, 2003 To Aug. 31, 2003 23:59          Ran on: Sep. 02, 2003 12:59 PM

| Type | Date Time | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|------|-----------|---------------|-------------|-------------|----------|-------|------|-----|
| User: Allison, Theodore S. - 4846 | | | | | | | | |
| Copy | Aug. 01, 2003 10:27:47 | 8047*001 | Xerox 1090 | PEYTON | 00:02:33 | 18 | $2.70 | P |
| Copy | Aug. 01, 2003 16:25:02 | 8047*001 | Xerox 1090 | ~~HENN~~ | 00:08:41 | 97 | $14.55 | P |
| Copy | Aug. 05, 2003 14:53:49 | 8047*001 | Xerox 1090 | ~~PRINS~~ | 00:04:11 | 40 | $6.00 | P |
| Copy | Aug. 06, 2003 10:43:09 | 8047*001 | Cannon 665 | | 00:05:51 | 93 | $13.95 | P |
| Copy | Aug. 06, 2003 10:49:02 | 8047*001 | Cannon 665 | ~~###~~ | 00:03:11 | 8 | $1.20 | P |
| Copy | Aug. 06, 2003 13:36:43 | 8047*001 | Cannon 665 | | 00:02:09 | 3 | $0.45 | P |
| Copy | Aug. 06, 2003 13:43:21 | 8047*001 | Cannon 665 | | 00:06:38 | 10 | $1.50 | P |
| Copy | Aug. 06, 2003 14:06:45 | 8047*001 | Cannon 665 | PEYTON | 00:05:10 | 15 | $2.25 | P |
| Copy | Aug. 07, 2003 10:12:57 | 8047*001 | Cannon 665 | PEYTON | 00:01:21 | 6 | $0.90 | P |
| Copy | Aug. 11, 2003 15:30:59 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:01:21 | 7 | $1.05 | P |
| Copy | Aug. 12, 2003 12:32:11 | 8047*001 | Cannon 665 | ~~DARROW~~ | 00:01:42 | 28 | $4.20 | P |
| Copy | Aug. 12, 2003 12:34:57 | 8047*001 | Cannon 665 | ~~########~~ | 00:03:49 | 86 | $12.90 | P |
| Copy | Aug. 15, 2003 10:08:20 | 8047*001 | Xerox 1090 | PEYTON AUSA | 00:10:43 | 127 | $19.05 | P |
| Copy | Aug. 15, 2003 10:20:35 | 8047*001 | Xerox 1090 | | 00:00:26 | 4 | $0.60 | P |
| Copy | Aug. 15, 2003 12:19:23 | 8047*001 | Xerox 1090 | PEYTON AUSA | 00:03:50 | 21 | $3.15 | P |
| Copy | Aug. 15, 2003 12:28:21 | 8047*001 | Cannon 665 | PEYTON | 00:05:34 | 132 | $19.80 | P |
| Copy | Aug. 15, 2003 12:38:34 | 8047*001 | Cannon 665 | ~~#####~~ | 00:02:18 | 9 | $1.35 | P |
| Copy | Aug. 15, 2003 16:06:08 | 8047*001 | Cannon 665 | ~~HOWARD~~ | 00:02:10 | 45 | $6.75 | P |
| Copy | Aug. 19, 2003 16:15:41 | 8047*001 | Cannon 665 | ~~ICM~~ | 00:00:49 | 3 | $0.45 | P |
| Copy | Aug. 20, 2003 12:47:08 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:01:47 | 40 | $6.00 | P |
| Copy | Aug. 20, 2003 13:50:38 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:09:46 | 21 | $3.15 | P |
| Copy | Aug. 20, 2003 14:02:25 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:02:13 | 8 | $1.20 | P |
| Copy | Aug. 20, 2003 15:52:57 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:16:32 | 320 | $48.00 | P |
| Copy | Aug. 20, 2003 16:16:04 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:03:20 | 12 | $1.80 | P |
| Copy | Aug. 20, 2003 16:48:46 | 8047*001 | Cannon 665 | | 00:00:31 | 2 | $0.30 | P |
| Copy | Aug. 22, 2003 13:33:35 | 8047*001 | Cannon 665 | ~~MASON~~ | 00:00:52 | 4 | $0.60 | P |
| Copy | Aug. 22, 2003 15:43:53 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:05:43 | 56 | $8.40 | P |
| Copy | Aug. 26, 2003 16:03:50 | 8047*001 | Cannon 665 | ~~RAM~~ | 00:01:38 | 6 | $0.90 | P |
| Copy | Aug. 26, 2003 17:28:06 | 8047*001 | Cannon 665 | | 00:00:37 | 2 | $0.30 | P |
| Copy | Aug. 27, 2003 17:56:30 | 8047*001 | Cannon 665 | ~~MULDER~~ | 00:01:06 | 6 | $1.50 | P |
| Copy | Aug. 28, 2003 11:19:39 | 8047*001 | Cannon 665 | ~~GROSS~~ | 00:01:36 | 14 | $3.50 | P |
| Copy | Aug. 28, 2003 13:29:12 | 8047*001 | Cannon 665 | | 00:05:34 | 29 | $7.25 | P |
| **User Totals:** | | | | | 02:03:42 | 1272 | $195.70 | |
| **Report Totals:** | | | | | 02:03:42 | 1272 | $195.70 | |

Record Count: 32



# Cohn and Marks LLP
## Transaction Report, Photocopy, By Date
### By User (User Code=4846)

From Sep. 01, 2003 To Sep. 30, 2003 23:59

Ran on: Oct. 01, 2003 10:25 AM

| Type | Date Time | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|---|---|---|---|---|---|---|---|---|
| **User: Allison, Theodore S. - 4846** | | | | | | | | |
| Copy | Sep. 03, 2003 15:54:45 | 8047*001 | Canon 600 | LAUDER | 00:15:31 | 43 | $6.45 | P |
| Copy | Sep. 03, 2003 16:40:19 | 8047*001 | Canon 600 | | 00:03:12 | 6 | $0.90 | P |
| Copy | Sep. 05, 2003 17:04:05 | 8047*001 | Canon 600 | | 00:09:02 | 21 | $3.15 | P |
| Copy | Sep. 05, 2003 17:13:10 | 8047*001 | Canon 600 | AVERY | 00:03:12 | 14 | $2.10 | P |
| Copy | Sep. 08, 2003 12:24:54 | 8047*001 | Canon 600 | | 00:01:00 | 3 | $0.45 | P |
| Copy | Sep. 08, 2003 16:47:13 | 8047*001 | Canon 600 | MULDER | 00:00:45 | 18 | $2.70 | P |
| Copy | Sep. 10, 2003 10:56:08 | 8047*001 | Canon 600 | | 00:04:36 | 4 | $0.60 | P |
| Copy | Sep. 12, 2003 12:28:39 | 8047*001 | Canon 600 | PEYTON | 00:00:25 | 8 | $1.20 | P |
| Copy | Sep. 12, 2003 16:54:11 | 8047*001 | Canon 600 | MULDER | 00:03:22 | 3 | $0.45 | P |
| Copy | Sep. 15, 2003 12:09:36 | 8047*001 | Canon 600 | PEYTON | 00:03:08 | 7 | $1.05 | P |
| Copy | Sep. 15, 2003 13:00:53 | 8047*001 | Canon 600 | | 00:00:23 | 2 | $0.30 | P |
| Copy | Sep. 15, 2003 13:42:18 | 8047*001 | Canon 600 | | 00:01:12 | 2 | $0.30 | P |
| Copy | Sep. 15, 2003 14:42:20 | 8047*001 | Canon 600 | | 00:03:19 | 8 | $1.20 | P |
| Copy | Sep. 15, 2003 14:51:18 | 8047*001 | Canon 600 | | 00:00:55 | 5 | $0.75 | P |
| Copy | Sep. 17, 2003 11:37:51 | 8047*001 | Canon 600 | PEYTON | 00:02:20 | 4 | $0.60 | P |
| Copy | Sep. 17, 2003 16:46:17 | 8047*001 | Canon 600 | PEYTON | 00:01:58 | 3 | $0.45 | P |
| Copy | Sep. 24, 2003 11:07:26 | 8047*001 | Canon 600 | | 00:00:44 | 4 | $0.60 | P |
| Copy | Sep. 24, 2003 15:28:15 | 8047*001 | Canon 600 | | 00:00:29 | 2 | $0.30 | P |
| Copy | Sep. 24, 2003 15:31:20 | 8047*001 | Canon 600 | | 00:00:32 | 1 | $0.15 | P |
| Copy | Sep. 30, 2003 15:15:45 | 8047*001 | Canon 600 | GARNER | 00:01:00 | 4 | $0.60 | P |
| Copy | Sep. 30, 2003 15:19:15 | 8047*001 | Canon 600 | | 00:00:43 | 2 | $0.30 | P |
| Copy | Sep. 30, 2003 17:40:55 | 8047*001 | Canon 600 | PEYTON | 00:01:21 | 31 | $4.65 | P |
| **User Totals:** | | | | | 00:59:09 | 195 | $29.25 | |
| **Report Totals:** | | | | | 00:59:09 | 195 | $29.25 | |

Record Count: 22



Cohn and Marks LLP  
Transaction Report, Photocopy, By Date  
By User (User Code=4846)

Page 1 of 1

From Oct. 01, 2003 To Oct. 31, 2003 23:59

Ran on: Nov. 03, 2003 2:24 PM

| Type | Date Time | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|---|---|---|---|---|---|---|---|---|
| User: Allison, Theodore S. - 4846 | | | | | | | | |
| Copy | Oct. 01, 2003 17:12:40 | 8047*001 | Canon 600 | PEYTON | 00:03:08 | 41 | $6.15 | P |
| Copy | Oct. 01, 2003 17:19:30 | 8047*001 | Canon 600 | PEYTON | 00:04:37 | 274 | $41.10 | P |
| Copy | Oct. 02, 2003 15:45:07 | 8047*001 | Canon 600 | | 00:01:33 | 2 | $0.30 | P |
| Copy | Oct. 06, 2003 15:14:24 | 8047*001 | Canon 600 | | 00:06:45 | 31 | $4.65 | P |
| Copy | Oct. 07, 2003 11:13:25 | 8047*001 | Canon 600 | | 00:00:13 | 5 | $0.75 | P |
| Copy | Oct. 08, 2003 13:32:31 | 8047*001 | Canon 600 | | 00:00:19 | 12 | $1.80 | P |
| Copy | Oct. 08, 2003 16:12:13 | 8047*001 | Canon 600 | | 00:00:34 | 1 | $0.15 | P |
| Copy | Oct. 08, 2003 17:34:48 | 8047*001 | Canon 600 | | 00:00:57 | 2 | $0.30 | P |
| Copy | Oct. 10, 2003 11:01:53 | 8047*001 | Canon 600 | | 00:00:19 | 4 | $0.60 | P |
| Copy | Oct. 14, 2003 08:44:05 | 8047*001 | Canon 600 | | 00:03:10 | 4 | $0.60 | P |
| Copy | Oct. 15, 2003 15:09:04 | 8047*001 | Canon 600 | PEYTON | 00:06:01 | 80 | $12.00 | P |
| Copy | Oct. 17, 2003 10:37:30 | 8047*001 | Canon 600 | | 00:01:21 | 4 | $0.60 | P |
| Copy | Oct. 17, 2003 11:48:32 | 8047*001 | Canon 600 | | 00:02:37 | 5 | $0.75 | P |
| Copy | Oct. 17, 2003 13:33:51 | 8047*001 | Canon 7200 | | 00:14:25 | 12 | $1.80 | P |
| Copy | Oct. 21, 2003 10:42:52 | 8047*001 | Canon 600 | | 00:04:20 | 48 | $7.20 | P |
| Copy | Oct. 21, 2003 16:41:08 | 8047*001 | Canon 600 | | 00:00:47 | 2 | $0.30 | P |
| Copy | Oct. 23, 2003 11:38:49 | 8047*001 | Canon 600 | | 00:01:54 | 4 | $0.60 | P |
| Copy | Oct. 23, 2003 15:35:31 | 8047*001 | Canon 600 | | 00:00:33 | 10 | $1.50 | P |
| Copy | Oct. 24, 2003 13:14:20 | 8047*001 | Canon 600 | | 00:01:58 | 7 | $1.05 | P |
| Copy | Oct. 27, 2003 16:48:06 | 8047*001 | Canon 600 | | 00:00:21 | 1 | $0.15 | P |
| Copy | Oct. 27, 2003 16:52:48 | 8047*001 | Canon 600 | | 00:00:12 | 1 | $0.15 | P |
| Copy | Oct. 28, 2003 13:14:44 | 8047*001 | Canon 600 | | 00:02:13 | 4 | $0.60 | P |
| Copy | Oct. 29, 2003 18:23:21 | 8047*001 | Canon 7200 | | 00:00:32 | 1 | $0.15 | P |
| Copy | Oct. 30, 2003 14:05:07 | 8047*001 | Canon 600 | | 00:02:55 | 5 | $0.75 | P |
| User Totals: | | | | | 01:01:44 | 560 | $84.00 | |
| Report Totals: | | | | | 01:01:44 | 560 | $84.00 | |

Record Count: 24